Argued March 22, affirmed April 17, 1978

In the Matter of the Marriage of
BOYD, *Respondent,*
*and*
BOYD, *Appellant.*
(No. 49129, CA 9527)
576 P2d 1273

Robert G. Ringo, Corvallis, argued the cause for appellant. With him on the brief was Ringo, Walton, Eves & Gardner, P.C., Corvallis.

Brian P. Jackson, Albany, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *McCoy and McCoy,* 28 Or App 919, 562 P2d 207, 29 Or App 287, 563 P2d 738 (1977); *Kitson and Kitson,* 17 Or App 648, 523 P2d 575, *rev den* (1974). No costs to either party.